UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| LANCE STERLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-00150-SNLJ |
| | ) | |
| GILSTER MARY LEE CORPORATION, | ) | |
| | ) | |
| Defendant(s). | ) | |

**MEMORANDUM AND ORDER**

Plaintiff Lance Sterling filed this lawsuit against his former employer alleging violations of Title VII based on race and color. [Doc. 1 at pp. 1, 4]. This matter is before the Court on an Order to Show Cause issued on October 2, 2026. [Doc. 5]. Upon initial review of the complaint and attachments, it appeared plaintiff did not initiate this lawsuit in a timely manner. [*Id.*]. The Court ordered plaintiff to show cause why this action should not be summarily dismissed as time-barred. [*Id.*].

Plaintiff has not filed a response to the Order to Show Cause. That said, upon further review it appears that plaintiff timely filed this lawsuit. The EEOC Notice of Right to Sue letter was issued on March 19, 2026. [Doc. 1-1]. A plaintiff must file a Title VII action within ninety days from receipt of the Notice of Right to Sue from the EEOC. 42 U.S.C. § 2000e-5(f) (Title VII); *Hill v. John Chezik Imports.*, 869 F.2d 1122, 1124 (8th Cir. 1989). The presumption is that a plaintiff receives notice three days after the mailing date. *Hales v. Casey's Mktg. Co.*, 886 F.3d 730, 736 (8th Cir. 2018); Fed. R. Civ. P. 6(d). Based on that presumption, the filing deadline was June 20, 2026, which

fell on a Saturday. As a result, the filing was not due until Monday, June 22, 2026, which is the date plaintiff filed this lawsuit. The Court, therefore, will not dismiss this action as time-barred.

However, because plaintiff failed to comply with a Court Order and failed to take any action when it appeared his lawsuit would be dismissed, this lawsuit is subject to dismissal under Federal Rule of Civil Procedure 41(b). A lawsuit may be dismissed under Rule 41(b) if a plaintiff fails to prosecute or to comply with these rules or a court order.

Plaintiff will be given an opportunity to notify the Court that he wishes to proceed with this lawsuit. In that regard, plaintiff shall file a copy of the Charge of Discrimination filed with the EEOC within 14 days. If plaintiff does not respond to this Order by filing the Charge of Discrimination, this matter will be dismissed pursuant to Rule 41(b) without further notice to plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must file the Charge of Discrimination filed with the EEOC within 14 days.

**IT IS FURTHER ORDERED** that failure to respond to this Order will result in the dismissal of this action without prejudice and without further notice to plaintiff

**SO ORDERED** this 5th day of November, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE